# 2001CR000384 Commonwealth vs. Martell-Lebron, Wilson

- Case Type:
- Criminal
- File Date
- 01/23/2020
- Initiating Action:
- LICENSE, FALSE APPLICATION FOR MV c90 §24B
- Next Event:

**All Information** | **Party** | **Charge** | **Event** | **Docket** | **Disposition**

## Party Information

**Martell-Lebron, Wilson**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Burdette, Esq., David E
- Bar Code
- 706989
- Address
- Delaware County Public Defender's Office
- 220 N Jackson St
- Media, PA  19063
- Phone Number
- (610)891-4100
- Attorney
- Erkan, Esq., Murat
- Bar Code
- 637507
- Address
- Erkan and Sullivan, PC
- 300 High St
- Andover, MA  01810
- Phone Number
- (978)474-0054
- Attorney
- Sullivan, Esq., Ryan P
- Bar Code
- 672583
- Address
- Erkan and Sullivan
- 300 High St
- Andover, MA  01810
- Phone Number
- (978)474-0054

**More Party Information**

## Party Charge Information

**Martell-Lebron, Wilson**
- Defendant
  Charge # 1:
  **90/24B/A-0 - Felony**    LICENSE, FALSE APPLICATION FOR MV c90 §24B
  Counts:

- Original Charge
- 90/24B/A-0 LICENSE, FALSE APPLICATION FOR MV c90 §24B (Felony)
- Amended Charge

- Jurisdiction
- Boston
- Date of Offense
- 01/23/2020

**Martell-Lebron, Wilson**
- Defendant
  Charge # 2:
  **90/24B/B-1 - Felony**    RMV DOCUMENT, FORGE/MISUSE c90 §24B
  Counts:

- Original Charge
- 90/24B/B-1 RMV DOCUMENT, FORGE/MISUSE c90 §24B (Felony)
- Amended Charge

- Jurisdiction
- Boston
- Date of Offense

3/29/25, 1:16 PM    Case 1:25-cv-10737    Document 1-3 - Filed 03/31/25    Page 2 of 15
Case Details - Massachusetts Trial Court NG

01/23/2020

## Events

| Date | Session | Location | Type | Event Judge | Result |
|------|---------|----------|------|-------------|--------|
| 01/23/2020 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Arraignment | | Held - Bail or Conditions of Release ordered |
| 01/24/2020 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Hearing to Review Status | | Held |
| 03/26/2020 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Rescheduled-Covid-19 emergency |
| 06/25/2020 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Rescheduled-Covid-19 emergency |
| 08/18/2020 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Rescheduled-Covid-19 emergency |
| 10/27/2020 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Held |
| 12/07/2020 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | First Appearance in Trial Session (CR) | | Rescheduled-Covid-19 emergency |
| 12/07/2020 09:00 AM | Virtual Court Session | BOS-5th FL, CR 15 (BMC) | First Appearance in Trial Session (CR) | | Held |
| 02/09/2021 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to Dismiss | | Held - Motion allowed |
| 05/19/2021 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Discovery Compliance & Jury Election | | Held |
| 08/12/2021 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to suppress | | Not Held |
| 10/21/2021 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to suppress | | Reschedule of Hearing |
| 01/20/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to suppress | | Reschedule of Hearing |
| 03/16/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to suppress | | Reschedule of Hearing |
| 04/28/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to suppress | | Held - under advisement |
| 05/05/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Hearing to Review Status | | Held |
| 05/10/2022 11:30 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion Hearing (CR) | | Held - Motion allowed |
| 07/28/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion Hearing (CR) | | Held - Motion allowed |
| 08/17/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Event Cancelled |
| 09/16/2022 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Hearing to Review Status | | Held |
| 11/02/2022 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Held |
| 12/30/2022 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Motion Hearing (CR) | | Not Held |
| 02/17/2023 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Motion Hearing (CR) | | Reschedule of Hearing |
| 04/07/2023 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Motion Hearing (CR) | | Not Held |
| 04/13/2023 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Motion Hearing (CR) | | Not Held |
| 05/17/2023 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion Hearing (CR) | | Held - under advisement |
| 07/06/2023 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Hearing to Review Status | | Reschedule of Hearing |

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 08/29/2023 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Not Held |
| 10/30/2023 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Not Held |
| 01/23/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Reschedule of Hearing |
| 03/27/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Not Held |
| 06/10/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Not Held |
| 10/11/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion Hearing (CR) | | Held - Motion allowed |
| 10/16/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Reschedule of Hearing |
| 10/16/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to Dismiss | | Held - under advisement |
| 12/10/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Reschedule of Hearing |
| 01/24/2025 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | | Motion Hearing (CR) | | Held - Motion allowed |
| 01/29/2025 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | | Jury Trial (CR) | | Reschedule of Hearing |
| 01/29/2025 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | | Motion Hearing (CR) | | Held - Motion denied |
| 01/31/2025 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Motion Hearing (CR) | | Held - Motion allowed |
| 03/27/2025 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | | Jury Trial (CR) | | Reschedule of Hearing |
| 03/28/2025 09:30 AM | Courtroom 21 -6th Floor | | Jury Trial (CR) | | |
| 04/03/2025 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | | Jury Trial (CR) | | Reschedule of Hearing |

## Docket Information

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 01/23/2020 | Criminal complaint issued. Originating Court: BMC Central Case Number: 2001AC000480- Receiving Court: BMC Central ; | | |
| 01/23/2020 | Complaint issued upon new arrest. | | |
| 01/23/2020 | Case recalled. Probation reports Deft. has Parole Warrant. | | |
| 01/23/2020 | Defendant is ordered committed without bail because OTHER REASON: to Suffolk County Jail returnable for 01/24/2020 09:00 AM Hearing to Review Status; mittimus issued. Court location of next event (if not this court): Further Orders: Judge: McKenna, Jr., Hon. Robert J | | |
| 01/24/2020 | Participants at Court Event - Defendant in custody, in Court - Assistant District Attorney Haag - Probation Representative Grenier - Session Clerk - kws - Courtroom and Time - 17/. Atty Stanton appears on behalf of atty Florek Judge: Grant, Hon. Lisa | | |
| 01/24/2020 | The Court enters the following order: Court orders deft be detained on a parole detainer....Bail revised to personal recognizance Judge: Grant, Hon. Lisa | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 01/24/2020 | Released on Personal Recognizance<br><br>Judge: Grant, Hon. Lisa | | |
| 01/24/2020 | Habeas Corpus for prosecution issued to MCI - Cedar Junction (at Walpole) returnable for 03/26/2020 09:00 AM Pretrial Hearing:<br>Further Orders:<br><br>Judge: Grant, Hon. Lisa | | |
| 03/18/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Pretrial Hearing scheduled on:<br>       03/26/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency<br>Hon. Thomas C Horgan, Presiding | | |
| 03/18/2020 | Habeas Corpus for prosecution issued to MCI - Cedar Junction (at Walpole) returnable for 06/25/2020 09:00 AM Pretrial Hearing:<br>Further Orders:<br>CANCEL HABE FOR 3/26/20<br><br>Judge: Horgan, Hon. Thomas C | | |
| 06/25/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Pretrial Hearing scheduled on:<br>       06/25/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency<br>Unassigned, Presiding | | |
| 06/26/2020 | Attorney Florek provided information that the Defendant is no longer in custody and will not require a HABE. | | |
| 08/17/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Pretrial Hearing scheduled on:<br>       08/18/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency<br>Unassigned, Presiding | | |
| 10/27/2020 | Participants at Court Event - Defendant via phone in Court - Assistant District Attorney Ball via phone - Probation Representative Izzo - Session Clerk - JG - Courtroom and Time - RM 14; 10:10.<br>Atty Florek appears via phone<br><br>Hearing held via Telephonic Hearing<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 10/27/2020 | Released on Personal Recognizance<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 12/07/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  First Appearance in Trial Session (CR) scheduled on:<br>       12/07/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency<br>Hon. Thomas C Horgan, Presiding | | |
| 12/07/2020 | Participants at Court Event - Defendant In via phone Court - Assistant District Attorney Hirsch - Probation Representative Izzo - Session Clerk - KWS - Courtroom and Time - 15/9:40.<br>Attorney Florek appears | | |
| 12/07/2020 | Released on Personal Recognizance<br><br>Judge: Summerville, Hon. Mark H | | |
| 12/07/2020 | Misc Entry:<br><br>Virtual notice filed.<br><br>Judge: Summerville, Hon. Mark H | | |
| 12/07/2020 | The Court enters the following order: Defendant required to call in next date. | | |
| 12/10/2020 | Verified by JL | | |
| 02/04/2021 | Defendant's motion for Bill of Particulars (Rule 13b) filed with the following, if any, supporting documents: | | |
| 02/04/2021 | Affidavit of Wilson Martell-Lebron in support of motion for bill of particulars filed. | | |
| 02/04/2021 | Defendant files complaint and report with motion for bill of particulars | | |
| 02/09/2021 | Participants at Court Event - Defendant via phone in Court - Assistant District Attorney Mooney - Probation Representative Jurczak - Session Clerk - KMW - Courtroom and Time - Rm 15 / 12:25. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Attorney: Florek, Esq., Ashley | | |
| | Judge: Summerville, Hon. Mark H | | |
| 02/09/2021 | Defendant's motion for Bill of Particulars (Rule 13b) filed with the following, if any, supporting documents:<br>Motion allowed as to Count 2 | | |
| | Judge: Summerville, Hon. Mark H | | |
| 02/09/2021 | Released on Personal Recognizance. Next hearing to be held via phone. Deft to call into court on 5/19/21. | | |
| | Judge: Summerville, Hon. Mark H | | |
| 02/09/2021 | Spanish Interpreter requested for next court date. | | |
| | Judge: Summerville, Hon. Mark H | | |
| 02/17/2021 | Commonwealth's motion for Bill of Particulars (Rule 13b) filed with the following, if any, supporting documents: | | |
| 05/19/2021 | Participants at Court Event - Defendant in via phone Court - Assistant District Attorney Morgan - Probation Representative Greene - Session Clerk - KMW - Courtroom and Time - RM 15 @ 9:07.<br>Atty Florek via phone | | |
| | Judge: Sinnott, Hon. Eleanor C | | |
| 05/19/2021 | Interpreter present at hearing. | | |
| | Judge: Sinnott, Hon. Eleanor C | | |
| 05/19/2021 | Released on Personal Recognizance | | |
| | Judge: Sinnott, Hon. Eleanor C | | |
| 05/19/2021 | Interpreter requested for next court date. | | |
| | Judge: Sinnott, Hon. Eleanor C | | |
| 05/19/2021 | In person hearing on 8/12/2021 | | |
| | Judge: Sinnott, Hon. Eleanor C | | |
| 05/19/2021 | The Court enters the following order: Motion to Suppress to be filed 2 weeks prior | | |
| | Judge: Sinnott, Hon. Eleanor C | | |
| 08/04/2021 | Defendant's motion to Suppress filed with the following, if any, supporting documents: affidavit in support of motion, memorandum of law, certif. of service on opposing party | | |
| 08/12/2021 | Participants at Court Event - Defendant in Court - Assistant District Attorney O'Neill - Probation Representative Golay - Session Clerk - JR - Courtroom and Time - 15 / 10:06.<br>Attorney Florek present | | |
| | Judge: Horgan, Hon. Thomas C | | |
| 08/12/2021 | Defendant's motion to Suppress filed with the following, if any, supporting documents: | | |
| | Judge: Horgan, Hon. Thomas C | | |
| 08/12/2021 | No action taken<br><br>for motion to suppress | | |
| | Judge: Horgan, Hon. Thomas C | | |
| 08/12/2021 | Commonwealth Answers Ready for motion to suppress.<br>Defendant Answers Ready for motion to suppress. | | |
| | Judge: Horgan, Hon. Thomas C | | |
| 08/12/2021 | Released on Personal Recognizance<br><br>To be held in person. | | |
| | Judge: Horgan, Hon. Thomas C | | |
| 10/21/2021 | Commonwealth reports not ready for motion to suppress | | |
| | Judge: Treseler, Hon. Paul | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 10/21/2021 | Released on Personal Recognizance<br><br>Judge: Treseler, Hon. Paul | | |
| 10/21/2021 | Participants at Court Event - Defendant in Court - Assistant District Attorney Ball - Probation Representative Golay - Session Clerk - kn - Courtroom and Time - 15  9.43.<br>Atty Florek appears<br><br>Judge: Treseler, Hon. Paul | | |
| 10/21/2021 | Spanish Interpreter requested for next court date.<br><br>Judge: Treseler, Hon. Paul | | |
| 01/19/2022 | Defendant's motion to reschedule or continue scheduled court hearing filed with the following, if any, supporting documents:  affidavit in support of motion | | |
| 01/19/2022 | Motion to reschedule or continue scheduled court hearing ALLOWED.<br>by Agreement.<br>All parties notified. | | |
| 03/16/2022 | Participants at Court Event - Defendant In Court - Assistant District Attorney Morgan - Probation Representative Booker - Session Clerk - KN - Courtroom and Time - RM 15 / 925.<br>RM 15 / 925<br>Sent to RM 21<br><br>Judge: Lyons, Hon. Tracy Lee | | |
| 03/16/2022 | Commonwealth reports ready for MTS.<br>Deft reports ready for MTS.<br><br>Judge: Lyons, Hon. Tracy Lee | | |
| 03/16/2022 | Participants at Court Event - Defendant In Court - Assistant District Attorney Callahan/Morgan - Probation Representative Izzo - Session Clerk - AE - Courtroom and Time - RM 21 / 1007, 1124, 1233.<br>Spanish Interpreter not available<br><br>Attorney: Florek, Esq., Ashley | | |
| 03/16/2022 | Released on Personal Recognizance<br>Judge: Stanton, Hon. James Martin | | |
| 03/16/2022 | Spanish Interpreter requested for next court date.<br>Judge: Stanton, Hon. James Martin | | |
| 04/27/2022 | Memorandum filed by Defendant<br>Amended Memorandum of Law in Support of Motion to Suppress | | |
| 04/28/2022 | Commonwealth reports ready for motion to suppress<br><br>sent to Rm. 20<br><br>Judge: Garland, Hon. John E | | |
| 04/28/2022 | Participants at Court Event - Defendant In Court - Assistant District Attorney Haag - Probation Representative Izzo/Jurczak - Session Clerk - KN/AE - Courtroom and Time - 15, 21 / 9:46, 11:23.<br>Attorney Florek Appears<br><br>Judge: Lyons, Hon. Tracy Lee | | |
| 04/28/2022 | Spanish Interpreter present at hearing.<br><br>Judge: Garland, Hon. John E | | |
| 04/28/2022 | Motion to Suppress Commences<br>Commonwealth Calls Witness, Trooper David Dumont Sworn & Testifies (11:31 - 12:02)<br>Exhibits 1 and 2 , photographs, admitted by commonwealth - Commonwealth rests<br><br>Judge: Garland, Hon. John E | | |
| 04/28/2022 | Defendant Offers Closing Argument<br>Commonwealth offers closing argument<br>After full hearing, motion to suppress taken under advisement<br><br>Judge: Garland, Hon. John E | | |
| 04/28/2022 | Released on Personal Recognizance<br><br>Judge: Garland, Hon. John E | | |
| 04/28/2022 | Defendant's presence excused May 5th | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Judge: Garland, Hon. John E | | |
| 04/28/2022 | To go to Hon. Tracy Lee Lyons | | |
| 04/28/2022 | Motion to Suppress DENIED. | | |
| 05/05/2022 | Participants at Court Event - Defendant not in Court - Assistant District Attorney Callahan - Probation Representative Izzo - Session Clerk - JR - Courtroom and Time - 15/949.<br>Atty Florek appears | | |
| 05/05/2022 | Matter sent to Courtroom 13 | | |
| 05/05/2022 | Participants at Court Event - Defendant Not in Court - Assistant District Attorney Dorfer - Probation Representative Luckie - Session Clerk - PM - Courtroom and Time - 13/10:17.<br>Atty Florek appears<br><br>Judge: Lyons, Hon. Tracy Lee | | |
| 05/05/2022 | def appearance waived<br><br>Judge: Lyons, Hon. Tracy Lee | | |
| 05/10/2022 | Commonwealth's motion to reschedule or continue scheduled court hearing filed with the following, if any, supporting documents: | | |
| 05/10/2022 | Commonwealth's motion to reschedule or continue scheduled court hearing filed and ALLOWED. | | |
| 05/10/2022 | Called ahead at the request of Commonwealth<br>ADA HAAG for the purpose of continuance | | |
| 05/10/2022 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 08/17/2022  Time: 09:00 AM<br>Result: Event Cancelled | | |
| 05/10/2022 | Participants at Court Event - Defendant not in Court - Assistant District Attorney Haag - Probation Representative Clifferd - Session Clerk - KWS - Courtroom and Time - 15/1148.<br>Atty not present<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 07/28/2022 | Called ahead at the request of Defendant<br>Atty Florek | | |
| 07/28/2022 | Participants at Court Event - Defendant not in Court - Assistant District Attorney Ryan - Probation Representative DeLuca - Session Clerk - CM - Courtroom and Time - 15/1:04.<br>Atty Florek appears.<br><br>Judge: Reis, Hon. Hon. Erika | | |
| 07/28/2022 | Defendant's motion to withdraw & change the event filed and ALLOWED. | | |
| 09/16/2022 | Released on Personal Recognizance<br><br>Judge: Coffey, Hon. James W | | |
| 09/16/2022 | Participants at Court Event - Defendant in Court - Assistant District Attorney Morgan - Probation Representative Griffin - Session Clerk - kmw - Courtroom and Time - 17  9.24.<br>Atty Erkan appears<br><br>Judge: Coffey, Hon. James W | | |
| 11/02/2022 | Participants at Court Event - Defendant in Court - Assistant District Attorney Simone - Probation Representative Rowely - Session Clerk - JR - Courtroom and Time - 14/ 932.<br>Atty Erkan appears<br><br>Judge: Sinnott, Hon. Richard | | |
| 11/02/2022 | Defendant's motion to reopen evidence and renew motion to suppress filed with the following, if any, supporting documents:  affidavit in support of motion<br>NO ACTION TAKEN | | |
| 11/02/2022 | Released on Personal Recognizance<br><br>Judge: Sinnott, Hon. Richard | | |
| 11/02/2022 | To go to Hon. Tracy Lee Lyons<br><br>Judge: Sinnott, Hon. Richard | | |
| 12/30/2022 | Participants at Court Event - Defendant in Court - Assistant District Attorney Jones - Probation Representative Chery - Session Clerk - ZS - Courtroom and Time - 14/9:34.<br>Atty Erkan appears | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 12/30/2022 | Released on Personal Recognizance<br>Judge: Sinnott, Hon. Eleanor C | | |
| 12/30/2022 | To go to Hon. Tracy Lee Lyons | | |
| 02/17/2023 | Participants at Court Event - Defendant in Court - Assistant District Attorney Fraiman - Probation Representative Greene - Session Clerk - ZS - Courtroom and Time - Rm. 14, 9:11, 9:43.<br>Attorney Barrit present for Attorney Erkan<br><br>Spanish Interpreter present and sworn | | |
| 02/17/2023 | Released on Personal Recognizance<br><br>Judge: Key, Hon. Steven M | | |
| 02/17/2023 | Interpreter requested for next court date.<br><br>Judge: Key, Hon. Steven M | | |
| 02/17/2023 | To go to Hon. Tracy Lee Lyons<br><br>Judge: Key, Hon. Steven M | | |
| 04/07/2023 | Released on Personal Recognizance<br><br>Judge: Summerville, Hon. Mark H | | |
| 04/07/2023 | To go to Hon. Tracy Lee Lyons<br><br>Judge: Summerville, Hon. Mark H | | |
| 04/07/2023 | Interpreter requested for next court date.<br><br>Judge: Summerville, Hon. Mark H | | |
| 04/07/2023 | Defense counsel waives interpreter<br><br>Judge: Summerville, Hon. Mark H | | |
| 04/07/2023 | Participants at Court Event - Defendant in Court - Assistant District Attorney Morgan - Probation Representative Lindsey - Session Clerk - jg - Courtroom and Time - 14  9.22.<br>Atty Barnt<br><br>Judge: Summerville, Hon. Mark H | | |
| 04/13/2023 | Participants at Court Event - Defendant In Court - Assistant District Attorney Pasciak - Probation Representative Grey - Session Clerk - KN - Courtroom and Time - 14 @ 9:52.<br>Attorney erkan appears<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 04/13/2023 | To go to Hon. Tracy Lee Lyons<br>sent to courtroom 15<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 04/13/2023 | Participants at Court Event - Defendant In Court - Assistant District Attorney Nucci - Probation Representative Lindsey - Session Clerk - ZS - Courtroom and Time - 15 @ 10:09.<br>attorney erkan appears<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 04/13/2023 | Spanish Interpreter requested for next court date.<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 04/13/2023 | Released on Personal Recognizance<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 05/15/2023 | Commonwealth's motion to Defendant's motion to reopen evidence and renew motion to suppress filed<br>with the following, if any, supporting documents: | | |
| 05/17/2023 | Participants at Court Event - Defendant In Court - Assistant District Attorney Nucci - Probation Representative Grey - Session Clerk - MA - Courtroom and Time - 15/904.<br>Atty Erkan present | | |
| 05/17/2023 | Matter sent to Rm 14 to go before Judge Lyons<br><br>Judge: Lyons, Hon. Tracy Lee | | |
| 05/17/2023 | Participants at Court Event - Defendant In Court - Assistant District Attorney Pullerits - Probation Representative Griffin - Session Clerk - MA - Courtroom and Time - 14/1110. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Atty Erkan present | | |
| | Judge: Lyons, Hon. Tracy Lee | | |
| 05/17/2023 | Spanish Interpreter present and sworn at hearing. | | |
| | Judge: Lyons, Hon. Tracy Lee | | |
| 05/17/2023 | After full hearing, Deft's motion to reopen evidence and renew motion to suppress is taken under advisement | | |
| | Judge: Lyons, Hon. Tracy Lee | | |
| 05/17/2023 | Defendant's presence excused on next date | | |
| | Judge: Lyons, Hon. Tracy Lee | | |
| 05/17/2023 | Released on Personal Recognizance | | |
| | Judge: Lyons, Hon. Tracy Lee | | |
| 05/19/2023 | Defendant's motion to re-open evidence and renew motion to supress filed and DENIED.<br>After full hearing, the motion to re-open evidence and renew motion to suppress is denied in the Courts discretion. | | |
| 07/06/2023 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 08/29/2023  Time: 09:00 AM<br>Result: Not Held | | |
| 07/06/2023 | Participants at Court Event - Defendant Not In Court - Defense Attorney Attorney Erikson Present - Assistant District Attorney Dontanelle - Probation Representative Lindsey - Session Clerk - ZS - Courtroom and Time - 15 / 9:14. | | |
| | Judge: Key, Hon. Steven M | | |
| 07/06/2023 | Defendant's presence excused. | | |
| | Judge: Key, Hon. Steven M | | |
| 07/06/2023 | Interpreter requested for next court date. | | |
| | Judge: Key, Hon. Steven M | | |
| 07/06/2023 | Pretrial conference report filed. | | |
| | Judge: Key, Hon. Steven M | | |
| 08/29/2023 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney Coren - Probation Representative Greene - Session Clerk - KM - Courtroom and Time - 15 / 9:23. | | |
| | Judge: Treseler, Hon. Paul | | |
| 08/29/2023 | Commonwealth reports ready for trial. | | |
| | Deft. answers ready | | |
| | Judge: Treseler, Hon. Paul | | |
| 08/29/2023 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney McPherson - Probation Representative SMith - Session Clerk - KD - Courtroom and Time - 19 / 9:48. | | |
| | Judge: Treseler, Hon. Paul | | |
| 08/29/2023 | Released on Personal Recognizance | | |
| | Judge: Treseler, Hon. Paul | | |
| 08/29/2023 | Interpreter requested for next court date. | | |
| | Judge: Sinnott, Hon. Eleanor C | | |
| 09/12/2023 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 10/30/2023  Time: 09:00 AM<br>Result: Not Held | | |
| 10/30/2023 | Participants at Court Event - Defendant in Court - Defense Attorney Erkin - Assistant District Attorney Tobin - Probation Representative Greene - Session Clerk - KWS - Courtroom and Time - 15 / 9:50. | | |
| | Judge: Coffey, Hon. James W | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 10/30/2023 | Commonwealth reports ready for trial. <br><br>Sent to Room 19 <br><br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | Participants at Court Event - Defendant in Court - Defense Attorney Erkin - Assistant District Attorney McPhearson - Probation Representative Deluca - Session Clerk - PW - Courtroom and Time - 19 / 10:15 / 10:17 / 10:50. <br><br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | Commonwealth reports ready for trial. <br><br>Defendant reports ready for trial. <br><br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | Interpreter present at hearing and previously sworn. <br><br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | Released on Personal Recognizance <br><br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | The Court enters the following order: 1st case out. <br><br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | Interpreter requested for next court date. <br><br>Judge: Coffey, Hon. James W | | |
| 10/31/2023 | Event Scheduled <br>Event: Jury Trial (CR) <br>Date: 01/23/2024  Time: 09:00 AM <br>Result: Reschedule of Hearing | | |
| 01/23/2024 | Participants at Court Event - Defendant in Court - Defense Attorney ERkan - Assistant District Attorney Flloyd - Probation Representative Grey - Session Clerk - KWs - Courtroom and Time - 15/900. <br>Sent to Room 21 <br><br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | Participants at Court Event - Defendant i Court - Defense Attorney Erkan - Assistant District Attorney Pasciak - Probation Representative Green - Session Clerk - KD - Courtroom and Time - 21/9:32,9:55. <br><br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | NO Interpreter present at hearing. <br><br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | The Court enters the following order: Matters continued over defendant due to court congestion. <br><br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | The Court enters the following order: Spanish interpreter to be assigned to this case for next date <br><br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | Commonwealth reports ready for trial. <br>Defendant reports ready for trial. <br><br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | Released on Personal Recognizance <br><br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | Interpreter requested for next court date. <br><br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | Event Scheduled <br>Event: Jury Trial (CR) <br>Date: 03/27/2024  Time: 09:00 AM <br>Result: Not Held | | |
| 03/27/2024 | Event Scheduled <br>Event: Jury Trial (CR) | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Date: 06/10/2024  Time: 09:00 AM<br>Result: Not Held | | |
| 03/27/2024 | Participants at Court Event - Defendant in Court - Defense Attorney Erkan - Assistant District Attorney Liberq - Probation Representative Smith - Session Clerk - CM - Courtroom and Time - 15/9:17. | | |
| 03/27/2024 | Commonwealth reports ready for trial.<br>Defendant reports ready for trial.<br>Judge: Stanton, Hon. James Martin | | |
| 03/27/2024 | Matter sent to Courtroom 19<br><br>Judge: Stanton, Hon. James Martin | | |
| 03/27/2024 | Participants at Court Event - Defendant in Court - Defense Attorney Erkan - Assistant District Attorney Izzy - Probation Representative Valcin - Session Clerk - KN - Courtroom and Time - 19/9:45,10:09. | | |
| 03/27/2024 | Matter sent to Courtroom 15<br><br>Judge: Coffey, Hon. James W | | |
| 03/27/2024 | Participants at Court Event - Defendant in Court - Defense Attorney Erkan - Assistant District Attorney Liber - Probation Representative Smith - Session Clerk - CM - Courtroom and Time - 15/10:48,12:26. | | |
| 03/27/2024 | Motion in Limine to exclude DENIED. | | |
| 03/27/2024 | The Court enters the following order: Discovery is closed for this matter | | |
| 03/27/2024 | Released on Personal Recognizance<br>Judge: Stanton, Hon. James Martin | | |
| 03/27/2024 | 1st Case out<br>Judge: Stanton, Hon. James Martin | | |
| 03/27/2024 | Continued over Defendant's objection<br>Judge: Stanton, Hon. James Martin | | |
| 03/27/2024 | Spanish Interpreter requested for next court date.<br><br>Judge: Stanton, Hon. James Martin | | |
| 06/10/2024 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney Coren - Probation Representative Greene - Session Clerk - KN - Courtroom and Time - 15/905,1118,1138.<br><br>Judge: Coffey, Hon. James W | | |
| 06/10/2024 | Commonwealth reports ready for trial- Continued due to congestion<br><br>Judge: Coffey, Hon. James W | | |
| 06/10/2024 | Released on Personal Recognizance<br><br>Judge: Coffey, Hon. James W | | |
| 06/20/2024 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 10/16/2024  Time: 09:00 AM<br>Result: Reschedule of Hearing | | |
| 10/02/2024 | Defendant's motion to Dismiss filed with the following, if any, supporting documents: | | |
| 10/11/2024 | Called ahead at the request of Commonwealth | | |
| 10/11/2024 | Participants at Court Event - Defendant Not in Court - Defense Attorney No Atty - Assistant District Attorney Trinkley - Probation Representative Greene - Session Clerk - KN - Courtroom and Time - 15/1044.<br><br>Judge: Key, Hon. Steven M | | |
| 10/11/2024 | Commonwealth's motion to change event filed and ALLOWED. | | |
| 10/11/2024 | At the request of Defendant's Attorney a Spanish Interpreter has been requested. | | |
| 10/15/2024 | Commonwealth's opposition to the defendant's motion to dismiss on speedy trial grounds received and filed. | | |
| 10/16/2024 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 12/10/2024  Time: 09:00 AM<br>Result: Reschedule of Hearing | | |
| 10/16/2024 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney Falso - Probation Representative Ryan - Session Clerk - MLH - Courtroom and Time - 15/ 9:10, | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | 9:41, 10:26. | | |
| | Judge: Stanton, Hon. James Martin | | |
| 10/16/2024 | Spanish interpreter present and sworn at hearing. | | |
| | Judge: Stanton, Hon. James Martin | | |
| 10/16/2024 | Commonwealth reports ready for motion to dismiss<br>Defendant answers ready for motion to dismiss | | |
| | Judge: Stanton, Hon. James Martin | | |
| 10/16/2024 | After full hearing, motion to dismiss is taken under advisement.<br>Defendant objects to continuing jury trial. | | |
| | Judge: Stanton, Hon. James Martin | | |
| 10/16/2024 | Released on Personal Recognizance | | |
| | Judge: Stanton, Hon. James Martin | | |
| 11/12/2024 | Motion to Dismiss DENIED.<br>After review and consideration, | | |
| | Judge: Stanton, Hon. James Martin | | |
| 12/05/2024 | Defendant's motion to amend docket filed with the following, if any, supporting documents: | | |
| 12/05/2024 | Defendant's motion to Dismiss filed with the following, if any, supporting documents: | | |
| 12/10/2024 | Participants at Court Event - Defendant In Court - Defense Attorney Erikson - Assistant District Attorney Floyd - Probation Representative Clifford - Session Clerk - ZS - Courtroom and Time - 15/ 9:20, 10:23, 11:09.<br>Sent to CR 18. | | |
| 12/10/2024 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney Bernard - Probation Representative Coreen - Session Clerk - SR - Courtroom and Time - 18/ 10:05, 10:23, 11:09. | | |
| 12/10/2024 | Defendant's motion to Amend docket Rule 36 filed and DENIED. | | |
| 12/10/2024 | Commonwealth reports ready for Jury Trail.<br>Defendant answers ready for Jury Trial.<br>Both parties object due to no Spanish interpreter.<br>Defense counsel strenuous objection is noted.<br>Judge: Treseler, Hon. Paul | | |
| 12/10/2024 | The Court enters the following order: A de Novo hearing on next date for Rule 36.<br>1st Case out.<br>No further continuance. | | |
| | Judge: Treseler, Hon. Paul | | |
| 12/10/2024 | Released on Personal Recognizance | | |
| | Judge: Treseler, Hon. Paul | | |
| 12/11/2024 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 01/29/2025  Time: 09:00 AM<br>Result: Reschedule of Hearing | | |
| 01/16/2025 | Misc Entry: Deft's memorandum in support of De Novo hearing on motion to dismiss (Rule 36) is received and filed | | |
| 01/24/2025 | Called ahead at the request of Commonwealth<br>Motion to Advance and Change Event | | |
| 01/24/2025 | Opposition to Motion filed<br><br>Defendant's Objection to Motion to Continue and Request to Appear via Zoom | | |
| 01/24/2025 | Participants at Court Event - Defendant Not In Court - Defense Attorney Sullivan - Assistant District Attorney Darcy - Probation Representative Lindsay - Session Clerk - MLH - Courtroom and Time - 15/10:06. | | |
| 01/24/2025 | Commonwealth's motion to Amend Event filed and ALLOWED. | | |
| 01/24/2025 | The Court enters the following order: Over Defendant's strenuous objection, event amended to Motion Hearing. | | |
| 01/24/2025 | Interpreter requested for next court date. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Judge: Treseler, Hon. Paul | | |
| 01/24/2025 | Opposition to Motion filed<br><br>Commonwealth's Opposition to Defendant's Third Rule 36 Motion to Dismiss | | |
| 01/29/2025 | Court orders due to the unavailability of an essential witness for the commonwealth the time is excludable to rule 36. | | |
| 01/29/2025 | Motion to Dismiss DENIED. | | |
| 01/29/2025 | Released on Personal Recognizance<br>Judge: Sinnott, Hon. Richard | | |
| 01/29/2025 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney Tobin/Lucy - Probation Representative Grenier - Session Clerk - KD - Courtroom and Time - 15/921,1032. | | |
| 01/30/2025 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 04/03/2025  Time: 09:00 AM<br>Result: Reschedule of Hearing | | |
| 01/31/2025 | Called ahead at the request of Commonwealth | | |
| 01/31/2025 | Participants at Court Event - Defendant Not IN Court - Defense Attorney NOne - Assistant District Attorney Villegas - Probation Representative Grenier - Session Clerk - KN - Courtroom and Time - 17 / 3:28.<br><br>Judge: Treseler, Hon. Paul | | |
| 01/31/2025 | Commonwealth's motion to reschedule or continue scheduled court hearing filed and ALLOWED.<br>Continued to March 27 | | |
| 02/12/2025 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 03/27/2025  Time: 09:00 AM<br>Result: Reschedule of Hearing | | |
| 03/24/2025 | Notice of Docket Entry from Comm. of Mass. Supreme Judicial Court for the County of Suffolk Clerk's Office.<br>Judgment: denying relief under c. 211, s.3 without a hearing. (Gaziano, J.) | | |
| 03/27/2025 | Participants at Court Event - Defendant in Court - Defense Attorney Erkan - Assistant District Attorney Thompson - Probation Representative Jurczak - Session Clerk - MLH - Courtroom and Time - 15   9:15.<br><br>Judge: Key, Hon. Steven M | | |
| 03/27/2025 | Commonwealth and Defendant report ready for trial.<br>Sent to Room 21<br><br>Judge: Key, Hon. Steven M | | |
| 03/27/2025 | Participants at Court Event - Defendant in Court - Defense Attorney Erkan - Assistant District Attorney Lucy - Probation Representative Nee - Session Clerk - mc - Courtroom and Time - 21   9:41, 9:51, 10:32,   10:42,    11:31 - ,      12:26 - 1:51,    2:50 -.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Spanish Interpreter present at hearing.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Defendant's motion in Limine To Preclude Characterization of any name as "The True Name" or a "False Name" filed with the following, if any, supporting documents:<br>heard, and denied.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Commonwealth's motion in Limine to Admit Certified RMV records filed with the following, if any, supporting documents:<br>heard and allowed.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Commonwealth's motion in Limine to Admit Business Records filed with the following, if any, supporting documents:<br>and Denied after hearing over objection of the Commonwealth<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Commonwealth's motion in Limine to Admit In Court Identification filed with the following, if any, supporting documents: | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | and allowed without objection.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Commonwealth's motion in Limine (oral) to Conduct Voir Dire of Commonwealth Witness filed with the following, if any, supporting documents:<br>and Denied over Commonwealth Objection. | | |
| 03/27/2025 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 03/28/2025  Time: 09:30 AM | | |
| 03/27/2025 | Commonwealth's motion in Limine to Admit Photocopies and screen captures filed with the following, if any, supporting documents:<br>Allowed as marked. | | |
| 03/27/2025 | Witnesses other than parties ordered sequestered..<br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | 12:40 - Jury Venire sworn, introduced to defendant, ADA, and potential witnesses.<br>1:51  -  Jury of Eight impaneled. Court takes recess.<br>2:50  - Court resumes<br>2:54 - Jury enters courtroom, sworn to hear evidence. Complaint read to the jury.<br>Court orders Juror #135 in seat 1 to occupy seat 8 in jury box.<br>Court orders juror #159 in seat 8 to occupy seat 1 in jury box. Court appoints Juror # 135 - now in seat 8 - as Foreperson.<br>Court instructs jury<br>3:10 Opening statements<br>3:20 Defendant's Oral Motion for Mistrial based upon Commonwealth opening statement - Denied at side bar.<br>Defendant's Oral Motion for Required Finding of Not Guilty bases upon Commonwealth's Opening statement - Denied at side bar.<br>Commonwealth presents it's case.<br>Commonwealth witness:<br>3:25 - Sgt David Dumont, Mass State Police, sworn, testifies. Exhibits #'s 1 - 5 entered.<br>3:57 Side bar - Defendant's renewed oral motion for mistrial is Denied.<br>Exhibits 6 - 7 entered.<br>4:04  Testimony of Sgt Davis Dumont suspended until March 28, 2025.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Released on Personal Recognizance<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Participants at Court Event - Defendant not Court - Defense Attorney Erkan - Assistant District Attorney Boutin / Singh/Lucy - Probation Representative no - Session Clerk - mc - Courtroom and Time - 21  9:26 - 9:31, 9:59 ,  10:01 - 10:24, 10:25 - 10:27, 10:37 -11:19,   12:22 - 1:03,  2:04 -.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Defendant's motion to Dismiss with Prejudice , and Request for Sanctions and Memorandum filed with the following, if any, supporting documents:<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Affidavit of Ryan Sullivan received and filed.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Participants at Court Event - Defendant not in Court - Defense Attorney Erkan / Sullivan - Assistant District Attorney Boutin / Singh/ Romero / Lucy - Probation Representative no - Session Clerk - ma - Courtroom and Time - 21.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Commonwealth's motion for Habe filed with the following, if any, supporting documents:<br>and Allowed.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Commonwealth Requests Jury be Dismissed until March 31, 2025<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | The Court enters the following order: Court Orders evidentiary hearing on Defendant's Combined Motion to Dismiss with Prejudice and Request for Sanctions.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | The Court enters the following order: Court orders Commonwealth to Provide Names and addresses of Ice Agents to be subpoenaed for Evidentiary Hearing for Monday March 31, 2025 by Clerk's Office via | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | email and ordinary course of business. Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | The Court enters the following order: Court orders all witness to preserve and produce texts and emails in this matter. Court orders Defendant to provide written motion for preservation / production of texts and emails. Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | The Court enters the following order: Court orders ADAs in question be prepared to testify for hearing. Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | The Court enters the following order: Court orders ICE Agent Brian Sullivan and ICE Agent Steve Wells to appear for hearing Defendant's Motion To Dismiss with Prejudice and Request for Sanctions, as well as any ICE Agents involved in the arrest of the defendant on March 27, 2025 for Evidentiary Hearing. Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | 11:17 Jury enters courtroom. Court Dismisses Jury until March 31, 2025. Evidentiary Hearing to commence with the two Commonwealth witnesses present today after lunch recess. 11:19 Court takes lunch recess. 12:12 - Court resumes Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Participants at Court Event - Defendant not Court - Defense Attorney Erkan / Sullivan - Assistant District Attorney Boutin / Romero - Probation Representative no - Session Clerk - mc - Courtroom and Time - 21 12:12. | | |
| 03/28/2025 | The Court enters the following order: Court Orders Clerk's Office to Subpoena and video of defendant's arrest be produced to the Clerk's Office and copies be provided to Commonwealth and Defendant. Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Evidentiary Hearing on Defendant's Combined Motion to Dismiss and Request for Sanctions Commences. Witnesses sequestered 12:22 - Trpr David Dumont sworn, testified. 1:03 - Court takes lunch recess. Judge: Summerville, Hon. Mark H | | |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | 01/23/2020 |
| Pending | 01/23/2020 |