UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS EXECUTIVE OFFICE OF THE TRIAL COURT,<br><br>                 Plaintiff,<br><br>v.<br><br>BRIAN SULLIVAN and STEVE WELLS,<br><br>                 Defendant. | Civil Case No. 25-10737-GAO |

## STATUS REPORT

The United States, on behalf of Brian Sullivan and Steve Wells, files this status report in accordance with this Court's request of August 12, 2025.

This action is based on the United States' filing of a Notice of Removal seeking to remove a state court judge's March 28, 2025 order requiring U.S. Immigration and Customs Enforcement ("ICE") Agents Brian Sullivan and Steve Wells to appear at an evidentiary hearing on March 31, 2025 regarding a state court defendant's Motion to Dismiss with Prejudice and Request for Sanctions ("MTD") in the matter of *Commonwealth of Massachusetts v. Wilson Martell-Lebron*, No. 2001AC000480 ("First Notice of Removal"). *See* Dkt. No. 1. The MTD, and evidentiary hearing, related to Agent Sullivan's arrest and detainment of the state court defendant on March 27, 2025. Neither Agent Sullivan nor Agent Wells testified at the evidentiary hearing on March 31, 2025.

On April 1, 2025, the state court judge held Agent Sullivan in contempt for his actions related to the arrest and detainment of the state court defendant and referred the matter for further investigation and possible prosecution to state authorities. On the same date, the United States, on behalf of Agent Sullivan, filed a separate Notice of Removal related to the state court judge's

1

order of contempt ("Second Notice of Removal").  *See* 25-cv-10769-WGY, Dkt No. 1.  On April 2, 2025, the government filed a Motion to Vacate State Court Contempt Order ("Motion to Vacate").  *See id.*, Dkt. No. 5.  On April 11, 2025, the Commonwealth of Massachusetts, by and through the Massachusetts Attorney General's Office, filed a response to the United States' Motion to Vacate stating that it did not oppose the relief the United States sought.  Given the Commonwealth's response, Judge Young dismissed the United States' Motion to Vacate and Second Notice of Removal as now moot.

In light of the above, the First Notice of Removal is now moot, and no further action is expected to be taken in this matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated:  August 14, 2025        By:    */s/ Steven T. Sharobem*
STEVEN T. SHAROBEM
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3100
steven.sharobem@usdoj.gov